```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 29042
    LATESHA A DICKERSON
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-3797


------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 07/22/2005 and was confirmed 11/16/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.34%.

     The case was dismissed after confirmation 02/25/2009.
------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------
CHASE MANHATTAN BANK      CURRENT MORTG          .00          .00             .00
CHASE MANHATTAN BANK      MORTGAGE ARRE     11701.18          .00        11701.18
CITY OF CHICAGO WATER DE  SECURED             317.05          .00          196.36
COOK COUNTY TREASURER     SECURED             529.00          .00          323.94
ACC INTERNATIONAL         UNSECURED        NOT FILED          .00             .00
COOK COUNTY COLLECTOR     NOTICE ONLY      NOT FILED          .00             .00
BALLYS TOTAL FITNESS      UNSECURED        NOT FILED          .00             .00
NEWPORT NEWS              UNSECURED        NOT FILED          .00             .00
PEOPLES GAS LIGHT & COKE  UNSECURED          4759.30          .00             .00
AT & T BANKRUPCTY         UNSECURED        NOT FILED          .00             .00
ISAC                      UNSECURED          6529.30          .00             .00
PORTFOLIO ACQUISITIONS L  UNSECURED          1265.00          .00             .00
*JOYNER LAW OFFICES       DEBTOR ATTY        1,494.00                    1,494.00
TOM VAUGHN                TRUSTEE                                          923.52
DEBTOR REFUND             REFUND                                              .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                      RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE              14,639.00

PRIORITY                                          .00
SECURED                                     12,221.48
UNSECURED                                         .00
ADMINISTRATIVE                               1,494.00
TRUSTEE COMPENSATION                           923.52
DEBTOR REFUND                                     .00
                    --------------        --------------
TOTALS               14,639.00              14,639.00


                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 29042 LATESHA A DICKERSON
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 03/26/09               _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE











                                 PAGE   2
           CASE NO. 05 B 29042 LATESHA A DICKERSON